ACCEPTED
01-11-01070-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 9:23:37 AM
CHRISTOPHER PRINE
CLERK

01-11-01070-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 9:23:37 AM
CHRISTOPHER A. PRINE
Clerk

RSL Funding, LLC,

Appellant,

vs.

Gregory S. Everett, The Prudential Insurance Company of America,
and PRUCO Assignment Corporation,

Appellees.

ON APPEAL FROM THE 11TH JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS
CAUSE NO. 2009-41386-A

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
RESPONSE IN OPPOSITION TO RSL FUNDING, LLC'S
LATEST MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLANT**

BAKER BOTTS L.L.P.
Kevin T. Jacobs
State Bar No. 24012893
Amy Pharr Hefley
State Bar No. 24046046
One Shell Plaza
910 Louisiana
Houston, Texas  77002
Tel.   713.229.1234
Fax:  713.229.1520
kevin.jacobs@bakerbotts.com
amy.hefley@bakerbotts.com

ATTORNEYS FOR APPELLEE THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

The Prudential Insurance Company of America ("PICA") respectfully opposes appellant RSL Funding, LLC's ("RSL") Latest Motion to Extend Time to File Brief of Appellant. This latest motion is in effect RSL's sixth attempt to put off filing an opening brief in its own appeal. PICA respectfully requests that this Court deny RSL's motion and dismiss this appeal for want of prosecution.

This is an appeal of a final judgment issued in August 2011 awarding PICA attorneys' fees in a wrongful garnishment action following this Court's determination that the judgment on which the garnishment action was based was invalid.[1] RSL's appeal of the fee award was docketed in this Court on December 5, 2011, and the deadline for RSL's opening brief was originally February 20, 2012. RSL then filed <u>four</u> motions to extend its deadline to file an opening brief. When this Court stayed the case almost a year after the appeal began due to the bankruptcy of Gregory Everett, RSL still had not filed an opening brief.

On August 11, 2015, this case was reinstated and this Court ordered RSL to file its opening brief no later than 30 days from the date of the reinstatement. Once again, RSL sought an extension of time to file its opening

---

[1]    *See The Prudential Ins. Co. of Am. v. RSL Funding, LLC*, No. 01-09-01037-CV, 2011 WL 286130, at *2 (Tex. App.—Houston [1st Dist.] Jan. 27, 2011, no pet.) (mem. op.) (holding that the judgment underlying the garnishment action was "constitutionally infirm due to lack of notice and service" on PICA); *see also In re RSL Funding, LLC*, No. 01-10-00664-CV, 2011 WL 286152, at *1 (Tex. App.—Houston [1st Dist.] Jan. 27, 2011) (orig. proceeding) (mem. op.) (dismissing as moot RSL's mandamus petition challenging the trial court's dissolution of the writ of garnishment against PICA because the judgment underlying the garnishment action was invalid).

brief, and Prudential did not oppose a single extension. This Court granted the order, extending the deadline to file the appellate brief to October 12, 2015. At 12:21 pm on October 12, 2015 (the date its brief was due), RSL informed Prudential that it would be filing for yet another 30-day extension to file this opening brief. In support of its motion, RSL points to the refusal of the Texas Supreme Court to grant RSL the full 30-day extension it requested in an unrelated case it appealed to that court. The docket sheet indicates that it was RSL's second request for such an extension in that case, as well. *See RSL Funding, LLC v. Pippins, et al.*, Case No. 14-0457 (Tex.). Like the excuses RSL has given in the past, this latest excuse is based on circumstances known to RSL well in advance of the filing deadline and does not justify granting yet another extension of time in this case.

RSL's repeated, last-minute efforts to extend its briefing deadline should not be condoned and are particularly egregious in an appeal that has now been pending for nearly 4 years. Accordingly, PICA respectfully requests that this Court deny RSL's latest extension request and put an end to RSL's efforts to prevent final justice in this garnishment action by dismissing this appeal for want of prosecution.

Respectfully submitted,

BAKER BOTTS L.L.P.


By: */s/ Amy Pharr Hefley*
    Kevin T. Jacobs
    State Bar No. 24012893
    Amy Pharr Hefley
    State Bar No. 24046046
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002
    Tel. 713.229.1234
    Fax: 713.229.1520
    kevin.jacobs@bakerbotts.com
    amy.hefley@bakerbotts.com

ATTORNEYS FOR APPELLEE THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2015, a true and correct copy of the foregoing document was served on the following counsel of record as indicated below:

Mr. E. John Gorman
Mr. Stewart A. Feldman
Mr. John R. Craddock
The Feldman Law Firm LLP
Two Post Oak Central
1980 Post Oak Boulevard, Ste. 1900
Houston, Texas  77056
jgorman@feldlaw.com
sfeldman@feldlaw.com
jcraddock@feldlaw.com
*(Certified Mail and CaseFileXpress)*

ATTORNEYS FOR APPELLANT RSL FUNDING LLC

Mr. George Tate
George J. Tate, PLLC
130 Main Street
Abbeville, Louisiana  70511
*(Certified Mail)*

ATTORNEY FOR GREGORY S. EVERETT


*/s/ Amy Pharr Hefley*
Amy Pharr Hefley